05 - 679

Printed: 9/12/2005

## Average Daily Balance For Pauper Filing
For Days the Individual was in Residence at SCI from 7/5/2005 through 8/31/2005

Page 1 of 2

SBI: 00256176        NAME:    WATSON, KEAVNEY L

| Date | Balance |
| --- | --- |
| 07/05/2005 | $0.00 |
| 07/06/2005 | $0.00 |
| 07/07/2005 | $0.00 |
| 07/08/2005 | $0.00 |
| 07/09/2005 | $0.00 |
| 07/10/2005 | $0.00 |
| 07/11/2005 | $0.00 |
| 07/12/2005 | $0.00 |
| 07/13/2005 | $0.00 |
| 07/14/2005 | $0.00 |
| 07/15/2005 | $0.00 |
| 07/16/2005 | $0.00 |
| 07/17/2005 | $0.00 |
| 07/18/2005 | $0.00 |
| 07/19/2005 | $0.00 |
| 07/20/2005 | $0.00 |
| 07/21/2005 | $0.00 |
| 07/22/2005 | $0.00 |
| 07/23/2005 | $0.00 |
| 07/24/2005 | $0.00 |
| 07/25/2005 | $0.00 |
| 07/26/2005 | $0.00 |
| 07/27/2005 | $0.00 |
| 07/28/2005 | $0.00 |
| 07/29/2005 | $0.00 |
| 07/30/2005 | $0.00 |
| 07/31/2005 | $0.00 |
| 08/01/2005 | $0.00 |
| 08/02/2005 | $0.00 |
| 08/03/2005 | $0.00 |
| 08/04/2005 | $0.00 |
| 08/05/2005 | $0.00 |
| 08/06/2005 | $0.00 |
| 08/07/2005 | $0.00 |
| 08/08/2005 | $0.00 |
| 08/09/2005 | $0.00 |
| 08/10/2005 | $0.00 |
| 08/11/2005 | $0.00 |
| 08/12/2005 | $0.00 |
| 08/13/2005 | $0.00 |
| 08/14/2005 | $0.00 |
| 08/15/2005 | $0.00 |
| 08/16/2005 | $0.00 |
| 08/17/2005 | $0.00 |
| 08/18/2005 | $0.00 |
| 08/19/2005 | $0.00 |
| 08/20/2005 | $0.00 |
| 08/21/2005 | $0.00 |



FILED
SEP 16 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

Printed: 9/12/2005     *Average Daily Balance For Pauper Filing*     Page 2 of 2
*For Days the Individual was in Residence at SCI from 7/5/2005 through 8/31/2005*

SBI: *00256176*          NAME:    *WATSON, KEAVNEY L*

| Date | Balance |
|---|---|
| 08/22/2005 | $0.00 |
| 08/23/2005 | $0.00 |
| 08/24/2005 | $0.00 |
| 08/25/2005 | $0.00 |
| 08/26/2005 | $0.00 |
| 08/27/2005 | $0.00 |
| 08/28/2005 | $0.00 |
| 08/29/2005 | $0.00 |
| 08/30/2005 | $0.00 |
| 08/31/2005 | $0.00 |

Summary for 'SBI' = 00256176 (58 detail records)    **Average Daily Balance:**    **$0.00**

# Prior Month -- Individual Statement

Date Printed: 9/12/2005                                           Page 1 of 1

## For Month of July 2005

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: | $0.00 |
|---|---|---|---|---|---|---|
| 00256176 | WATSON | KEAVNEY | L | | | |
| Current Location: | PRE-TRIAL UNIT 5 | | | | | |

| Source | Name | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Deposit Hold | Balance |
|---|---|---|---|---|---|---|---|
| Committed | | 7/5/2005 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Medical | | 7/12/2005 | $0.00 | ($4.00) | $0.00 | $0.00 | $0.00 |
| Copies | | 7/12/2005 | $0.00 | $0.00 | ($1.50) | $0.00 | $0.00 |
| Postage | | 7/12/2005 | $0.00 | $0.00 | ($0.40) | $0.00 | $0.00 |
| Postage | | 7/12/2005 | $0.00 | $0.00 | ($0.40) | $0.00 | $0.00 |
| Copies | | 7/14/2005 | $0.00 | $0.00 | ($1.25) | $0.00 | $0.00 |
| Copies | | 7/26/2005 | $0.00 | $0.00 | ($2.75) | $0.00 | $0.00 |
| Copies | | 7/26/2005 | $0.00 | $0.00 | ($1.25) | $0.00 | $0.00 |
| Copies | | 7/26/2005 | $0.00 | $0.00 | $1.25 | $0.00 | $0.00 |
| Postage | | 7/26/2005 | $0.00 | $0.00 | ($0.63) | $0.00 | $0.00 |
| Postage | | 7/26/2005 | $0.00 | $0.00 | ($0.40) | $0.00 | $0.00 |
| Postage | | 7/26/2005 | $0.00 | $0.00 | ($0.40) | $0.00 | $0.00 |
| Postage | | 7/26/2005 | $0.00 | $0.00 | ($0.40) | $0.00 | $0.00 |
| Copies | | 7/27/2005 | $1.25 | $0.00 | $0.00 | $0.00 | $1.25 |
| Postage | | 7/27/2005 | ($0.22) | $0.00 | ($0.18) | $0.00 | $1.03 |
| Postage | | 7/27/2005 | ($0.63) | $0.00 | $0.00 | $0.00 | $0.40 |
| Postage | | 7/27/2005 | ($0.40) | $0.00 | $0.00 | $0.00 | $0.00 |
| Copies | | 7/28/2005 | $0.00 | $0.00 | ($1.75) | $0.00 | $0.00 |
| | | | | | | Ending Mth Balance: | $0.00 |

# Prior Month -- Individual Statement

Date Printed: 9/12/2005                                                         Page 1 of 1

## For Month of August 2005

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: | $0.00 |
|---|---|---|---|---|---|---|
| 00256176 | WATSON | KEAVNEY | L | | | |
| Current Location: | PRE-TRIAL UNIT 5 | | | | | |

| Source | Name | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Deposit Hold | Balance |
|---|---|---|---|---|---|---|---|
| Postage | | 8/2/2005 | $0.00 | $0.00 | ($0.40) | $0.00 | $0.00 |
| Medical | | 8/3/2005 | $0.00 | ($4.00) | $0.00 | $0.00 | $0.00 |
| Copies | | 8/4/2005 | $0.00 | $0.00 | ($3.50) | $0.00 | $0.00 |
| Copies | | 8/8/2005 | $0.00 | $0.00 | ($18.75) | $0.00 | $0.00 |
| Postage-Com | | 8/8/2005 | $0.00 | $0.00 | ($1.99) | $0.00 | $0.00 |
| Postage | | 8/11/2005 | $0.00 | $0.00 | ($3.93) | $0.00 | $0.00 |
| Copies | | 8/11/2005 | $0.00 | $0.00 | ($1.75) | $0.00 | $0.00 |
| Copies | | 8/16/2005 | $0.00 | $0.00 | ($1.00) | $0.00 | $0.00 |
| Postage | | 8/18/2005 | $0.00 | $0.00 | ($0.40) | $0.00 | $0.00 |
| Postage | | 8/18/2005 | $0.00 | $0.00 | ($0.40) | $0.00 | $0.00 |
| Postage | | 8/18/2005 | $0.00 | $0.00 | ($0.40) | $0.00 | $0.00 |
| Copies | | 8/18/2005 | $0.00 | $0.00 | ($3.75) | $0.00 | $0.00 |
| Copies | | 8/29/2005 | $0.00 | $0.00 | ($5.25) | $0.00 | $0.00 |
| Postage | | 8/29/2005 | $0.00 | $0.00 | ($1.83) | $0.00 | $0.00 |
| | | | | | Ending Mth Balance: | | $0.00 |