

FORM TO BE USED BY A PRISONER IN FILING A COMPLAINT
UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. §1983

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

(1) Kearney L. Watson (256176)
     (Name of Plaintiff)        (Inmate Number)

32402 Stingey Ln Lewes De 19958
     (Complete Address with zip code)

05-687

(2) _____
     (Name of Plaintiff)        (Inmate Number)

_____
     (Case Number)
     ( to be assigned by U.S. District Court)

_____
     (Complete Address with zip code)

(Each named party must be listed, and all names
must be printed or typed. Use additional sheets if needed)

vs.

**CIVIL COMPLAINT**

(1) Rick Kearney
(2) Stan Taylor
(3) State of Delaware
     (Names of Defendants)

• • Jury Trial Requested

(Each named party must be listed, and all names
must be printed or typed. Use additional sheets if needed)

I.   PREVIOUS LAWSUITS

  A.   If you have filed any other lawsuits in federal court while a prisoner, please list the caption and case number
       including year, as well as the name of the judicial officer to whom it was assigned:

       N/A _____

       _____

       _____

       _____

       _____

II. **EXHAUSTION OF ADMINISTRATIVE REMEDIES**

In order to proceed in federal court, you must fully exhaust any available administrative remedies as to each ground on which you request action.

A. Is there a prisoner grievance procedure available at your present institution? · · (Yes) · · No

B. Have you fully exhausted your available administrative remedies regarding each of your present claims? · (Yes) · · No

C. If your answer to "B" is Yes:

1. What steps did you take? Wrote grievance, met with MOT Board

2. What was the result? Grievance was denied due to fact of Legislator rule according to MDT Board

D. If your answer to "B" is No, explain why not: _____

III. **DEFENDANTS** (in order listed on the caption)

(1) Name of first defendant: Rick Kearney
Employed as SCI Warden at Georgetown Delaware
Mailing address with zip code: SCI, P.O. Box 500 Georgetown, Delaware 19958

(2) Name of second defendant: Stan Taylor
Employed as DOC Commissoner at _____
Mailing address with zip code: STANLEY TAYLOR, Department of Correction, Central Administration Bldg, 245 McKee Rd Dover, De 19904

(3) Name of third defendant: _____
Employed as _____ at _____
Mailing address with zip code: _____

(List any additional defendants, their employment, and addresses with zip codes, on extra sheets if necessary)

2

## IV. STATEMENT OF CLAIM

(State as briefly as possible the facts of your case. Describe how each defendant is involved, including dates and places. Do not give any legal arguments or cite any cases or statutes. Attach no more than three extra sheets of paper if necessary.)

1. These men are intentially denying SCI Pretrial commissary in a molishous way that support their c/o to demand inmate to throw away their food if they are seen talking during chow.

2. There has been alot of grievance filed on this fact alone. Explain different eating habit. Medical issues and expressing the thought of how not being able to eat to satify ones body can be mentally stressful were one would not think straight in court.

3. There been times were the institution feed inmates a bowl of soup to be vintictive of the habital grievance filed a mockery to show inmate they feed them what they want and their nothing nobody can or will do to modify the situation.

## V. RELIEF

(State briefly exactly what you want the Court to do for you. Make no legal arguments. Cite no cases or statutes.)

1. I would like $50,000 for the mental stress of going to bed at night with no avenue to take a bit out of some for that late night huger pain

3

2. _N/A_

3. _N/A_

I declare under penalty of perjury that the foregoing is true and correct.

Signed this __14__ day of __September__, 2__005__.

_____
(Signature of Plaintiff 1)

_____
(Signature of Plaintiff 2)

_____
(Signature of Plaintiff 3)

4