Honorable Court,

I apologize for wasting the court time with filing frivolous documents. However I would like to dis miss these cases. Case number 1:05-cv-679(JJF) and 1:05-cv-687(JJF)

Respectfully yours

Kearny L. Watson

Oct 3, 2005
Date

FILED
OCT 11 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE



I/M: Kevrek Watson BLDG: PT/HW-5
SUSSEX CORRECTIONAL INSTITUTION
P.O. BOX 500
GEORGETOWN, DELAWARE 19947
SBI-256176

Office of The Clerk
United States District Court
844 N. King St., Lockbox 18
Wilmington, Delaware
19801