```
         IN THE UNITED STATES DISTRICT COURT
            FOR THE DISTRICT OF DELAWARE
```

KEAVNEY L. WATSON,            :
                              :
        Plaintiff,            :
                              :
    v.                        :   Civil Action No. 05-687-JJF
                              :
RICK KEARNEY, STAN TAYLOR,    :
and THE STATE OF DELAWARE,    :
                              :
        Defendants.           :

### O R D E R

WHEREAS, Plaintiff filed a letter (D.I. 4) requesting the Court to voluntarily dismiss the above-captioned action;

WHEREAS, Plaintiff's request is permitted under Federal Rule of Civil Procedure 41;

NOW THEREFORE, IT IS HEREBY ORDERED this 21 day of October 2005, that:

1. Plaintiff's request to voluntarily dismiss the above-captioned action (D.I. 4) is **GRANTED**.

2. The above-captioned action is **DISMISSED** without prejudice.

                                    _____
                                    UNITED STATES DISTRICT JUDGE